SUMMERS, J., is of the opinion the writ should be granted.

151 So.2d 689

**Mrs. Hattie O'NEAL et al.**

**v.**

**FRENCH UNIQUE LAUNDRY & CLEANERS et al.**

**No. 46671.**

April 17, 1963.

In re: French Unique Laundry & Cleaners et al. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 149 So.2d 431.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.